JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIDEON L. P.,<br>Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br>Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CV 21-2160 KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: May 4, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE